# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | | |
|---|---|---|
| MUNYON PATTERSON, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 3:11CV00288-JJV |
| CAROLYN W. COLVIN, Acting | * | |
| Commissioner, Social Security | * | |
| Administration, | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that the Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 1st day of March, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE